SRL:LDM:TYH
F. #2011V02336

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 25 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

                Plaintiff,

  -against-

ANY AND ALL RADIO STATION TRANSMISSION
EQUIPMENT, RADIO FREQUENCY POWER
AMPLIFIERS, RADIO FREQUENCY TEST
EQUIPMENT AND ANY OTHER EQUIPMENT
ASSOCIATED WITH THE TRANSMISSIONS ON
106.5 MHz, LOCATED ON THE ROOF OF
1720 BEDFORD AVENUE, BROOKLYN, NEW YORK,

                Defendants In Rem.

- - - - - - - - - - - - - - - - - - - -X

**ORDER**

Civil Action
No. 11-6082

(Townes, J.)

      WHEREAS, on or about December 14, 2011, Plaintiff United States of America requested that this Court order the Clerk of the Court to seal all documents filed in this action until the United States Marshals Service ("USMS") executes and returns the Summons and Warrant for the Arrest of Articles In Rem ("Warrant") to the Clerk of the Court; and

      WHEREAS, on or about December 14, 2011, this Court granted the United States's request, and ordered that the Clerk of the Court file under seal all documents filed in this action until the USMS executes and returns the Warrant to the Clerk of the Court; and

WHEREAS, the USMS has since executed and returned the Warrant for the above-captioned action to the Clerk of the Court.

NOW THEREFORE IT IS HEREBY ORDERED THAT the above-captioned action be unsealed.

Dated:   Brooklyn, New York
         January 20, 2012

                              s/Sandra L. Townes
                              _____
                              HONORABLE SANDRA L. TOWNES
                              UNITED STATES DISTRICT JUDGE
                              EASTERN DISTRICT OF NEW YORK