UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,                    CERTIFICATE OF SERVICE

                    Plaintiff,               CV-11-6082

          - against -                        (Townes, J.)

ANY AND ALL RADIO TRANSMISSION
EQUIPMENT, RADIO FREQUENCY
POWER AMPLIFIERS, RADIO FREQUENCY
TEST EQUIPMENT AND ANY OTHER
EQUIPMENT ASSOCIATED WITH THE
TRANSMISSION ON 106.5 MHz,
LOCATED ON THE ROOF OF
1720 BEDFORD AVENUE, BROOKLYN,
NEW YORK,

                    Defendant In Rem.

- - - - - - - - - - - - - - X

     I, Maritza Arroyo, hereby certify that on February 27, 2012,
I caused to be served the attached Notice to Claimant pursuant to
Rule G(4)(b)(i) of the Supplemental Rules for Certain Admiralty
and Maritime Claims and Asset Forfeiture Actions, together with
copies of the Verified Complaint In Rem, Warrant of Arrest for
Articles In Rem, and Supplemental Rule G in the
above-captioned action, by Certified Mail Return Receipt, upon:

Moshe Kornblitt                    Fieldbridge Associates, LLC
Building Manager                   1720 Bedford Avenue
Field Bridge Associates, LLC       Brooklyn, New York 11225
1720 Bedford Avenue
Brooklyn, New York 11225


_s/Maritza Arroyo_
Maritza Arroyo
FSA, Paralegal



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLR:LDM:TYHma
F.# 2011V02336

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

February 27, 2012

<u>**By Certified Mail - Return Receipt Requested**</u>

Moshe Kornblitt
Building Manager
Field Bridge Associates, LLC
1720 Bedford Avenue
Brooklyn, New York 11225

## NOTICE TO CLAIMANT PURSUANT TO RULE G(4)(b)(i)

**Re: United States v. Any And All Radio Transmission Equipment, Radio Frequency Power Amplifiers, Radio Frequency Test Equipment And Any Other Equipment Associated With The Transmissions On 106.5 MHz, Located On The Roof Of 1720 Bedford Avenue, Brooklyn,;**
<u>**CV-11-6082 (Townes, J.)**</u>

Pursuant to Supplemental Rule G(4)(b)(i) of the Supplemental Rules for Certain Admiralty and Maritime and Asset Forfeiture Actions ("Supp. Rule"), be advised that on December 14, 2011, in the United States District Court for the Eastern District of New York, the United States filed an In Rem civil forfeiture action against the above-referenced asset.

In connection therewith, please be advised that:

(1)     Pursuant to Supp. Rule G(4)(b)(ii)(A), this notice, along with a copy of the Verified Complaint In Rem and the Warrant of Arrest for Articles In Rem, is being sent to you on the date hereof, as authorized by Supp. Rule G(4)(b)(iii)(B);

(2)     Pursuant to Supp. Rule G(4)(b)(ii)(B), any claim to the defendant assets must be filed with the Clerk of the Court, 225 Cadman Plaza East, Brooklyn, New York 11201 not later than thirty-five (35) days after the date hereof, and the claim must comport with Supp. Rule G(5)(a)(i);

(3)     Pursuant to Supp. Rule G(4)(b)(ii)(C), an answer or a motion under Rule 12 of the Federal Rules of Civil Procedure must be filed no later than twenty (21) days after

2

filing the claim; and

        (4)      Pursuant to Supp. Rule G(4)(b)(ii)(D), a copy of the claim, and answer or Fed. R. Civ. P. 12 motion under Supp. Rule G(5)(b) must be served upon Assistant United States Attorney Tanya Y. Hill, United States Attorney's Office for the Eastern District of New York, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201.

        For your convenience, a copy of Supp. Rule G is enclosed.

        Sincerely yours,

        LORETTA E. LYNCH
        UNITED STATES ATTORNEY
        EASTERN DISTRICT OF NEW YORK

By:        Tanya Y. Hill
        Assistant U.S. Attorney
        (718) 254-6144/7000

Enclosures:    Verified Complaint In Rem
               Warrant of Arrest for Articles In Rem
               Supplemental Rule G

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Moshe Kernblitt
Building Manager
Fieldbridge Associates, LLC
1720 Bedford Avenue
Brooklyn, N.Y. 11225

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name)        C. Date of Delivery
G1225                                  2/28/1?

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7011 0110 0000 5232 7651

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-154



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLR:LDM:TYHma                    *271 Cadman Plaza East*
F.# 2011V02336                   *Brooklyn, New York 11201*

February 27, 2012

**By Certified Mail - Return Receipt Requested**

Fieldbridge Associates, LLC
1720 Bedford Avenue
Brooklyn, New York 11225

**NOTICE TO CLAIMANT PURSUANT TO RULE G(4)(b)(i)**

> **Re: United States v. Any And All Radio Transmission Equipment, Radio Frequency Power Amplifiers, Radio Frequency Test Equipment And Any Other Equipment Associated With The Transmissions On 106.5 MHz, Located On The Roof Of 1720 Bedford Avenue, Brooklyn,;**
> **CV-11-6082 (Townes, J.)**

Pursuant to Supplemental Rule G(4)(b)(i) of the Supplemental Rules for Certain Admiralty and Maritime and Asset Forfeiture Actions ("Supp. Rule"), be advised that on December 14, 2011, in the United States District Court for the Eastern District of New York, the United States filed an In Rem civil forfeiture action against the above-referenced asset.

In connection therewith, please be advised that:

       (1)     Pursuant to Supp. Rule G(4)(b)(ii)(A), this notice, along with a copy of the Verified Complaint In Rem and the Warrant of Arrest for Articles In Rem, is being sent to you on the date hereof, as authorized by Supp. Rule G(4)(b)(iii)(B);

       (2)     Pursuant to Supp. Rule G(4)(b)(ii)(B), any claim to the defendant assets must be filed with the Clerk of the Court, 225 Cadman Plaza East, Brooklyn, New York 11201 not later than thirty-five (35) days after the date hereof, and the claim must comport with Supp. Rule G(5)(a)(i);

       (3)     Pursuant to Supp. Rule G(4)(b)(ii)(C), an answer or a motion under Rule 12 of the Federal Rules of Civil Procedure must be filed no later than twenty (21) days after filing the claim; and

2

      (4)     Pursuant to Supp. Rule G(4)(b)(ii)(D), a copy of the claim, and answer or Fed. R. Civ. P. 12 motion under Supp. Rule G(5)(b) must be served upon Assistant United States Attorney Tanya Y. Hill, United States Attorney's Office for the Eastern District of New York, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201.

      For your convenience, a copy of Supp. Rule G is enclosed.

          Sincerely yours,

          LORETTA E. LYNCH
          UNITED STATES ATTORNEY
          EASTERN DISTRICT OF NEW YORK

By: _____
          Tanya Y. Hill
          Assistant U.S. Attorney
          (718) 254-6144/7000

Enclosures:    Verified Complaint In Rem
              Warrant of Arrest for Articles In Rem
              Supplemental Rule G

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( Printed Name)

GROSS

C. Date of Delivery

2 1 20 11

D. Is delivery address different from item 1? ☑ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Fieldbridge Associates LLC
1720 Bedford Avenue
Brooklyn, New York 11225

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7011 0110 0000 5232 7668

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-154